# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### SOUTHERN DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
| --- | --- |
| WALTER CLIFT | Case Number: 10-23402 |
| | Operating Report Number: 10 |
| Debtor(s). | For the Month Ending: 8/31/11 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 113,416.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 107,188.00

3. BEGINNING BALANCE: — 6,228.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing

   Security Deposit Received/Returned
   Other (Specify)      SALARY      3,328.75
   **Other (Specify)    RENT        4,136.50

   TOTAL RECEIPTS THIS PERIOD: — 7,465.25

5. BALANCE: — 13,693.25

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

   Disbursements (from page 2) — 8,952.82

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 8,952.82

7. ENDING BALANCE: — 4,740.43

8. General Account Number(s): — 9766083662

   Depository Name & Location: — Wells Fargo

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date | Account | Num | Description | Category | Amount | Klappenbach Portion | Net Amount Clift |
|------|---------|-----|-------------|----------|--------|---------------------|------------------|
| 8/1/11 | Clift PMA | | Costco | Household | -$60.31 | | -$60.31 |
| 8/1/11 | St Michael | 5039 | Cox Communications{#5} | Saint Michael Rental:Utilitie | -$156.32 | -$78.16 | -$78.16 |
| 8/2/11 | Clift PMA | | Medco | Legal | -$159.88 | | -$159.88 |
| 8/4/11 | Clift PMA | | Costco | Household | -$54.92 | | -$54.92 |
| 8/4/11 | Weiskopf Check | 5037 | Martin Decerra | Weiskopf Rental:Maintenar | -$120.00 | -$60.00 | -$60.00 |
| 8/4/11 | CV Checking | 5004 | Monarch Del Mar HOA | Chula Vista Rental:HOA | -$390.00 | -$195.00 | -$195.00 |
| 8/5/11 | Clift PMA | | Atlantis Events, Inc | Travel | -$800.00 | | -$800.00 |
| 8/5/11 | Clift PMA | ATM | ATM Withdrawal | Cash | -$100.00 | | -$100.00 |
| 8/5/11 | Clift PMA | | Trader Joealiso Viejo  Ca 9770 0 | Groceries | -$14.10 | | -$14.10 |
| 8/8/11 | Clift PMA | | Cvs 08872 08872 | Household | -$6.66 | | -$6.66 |
| 8/8/11 | Weiskopf Check | 5036 | Imperial Irrigation | Weiskopf Rental:Utilities | -$740.38 | -$370.19 | -$370.19 |
| 8/8/11 | Clift PMA | | Ralphs | Groceries | -$9.30 | | -$9.30 |
| 8/9/11 | St Michael | 5032 | Antigua HOA | Saint Michael Rental:HOA | -$125.00 | -$62.50 | -$62.50 |
| 8/9/11 | St Michael | 5031 | Monarch Beach Master HOA | Saint Michael Rental:HOA | -$109.00 | -$54.50 | -$54.50 |
| 8/9/11 | Weiskopf Check | 5031 | PGA West Fairways HOA | Weiskopf Rental:HOA | -$398.00 | -$199.00 | -$199.00 |
| 8/10/11 | St Michael | 5031 | Check | Saint Michael Rental:Maint | -$109.00 | -$54.50 | -$54.50 |
| 8/10/11 | Weiskopf Check | 5030 | William Gad | Weiskopf Rental:Maintenar | -$125.00 | -$62.50 | -$62.50 |
| 8/11/11 | St Michael | | SDG&E{#5} | Saint Michael Rental:Utilitie | -$192.13 | -$96.07 | -$96.07 |
| 8/12/11 | Weiskopf Checking | | Santiago | Weiskopf Rental:Misc | -$265.37 | -$132.69 | -$132.69 |
| 8/12/11 | St Michael | 5042 | Spotless R Us | Saint Michael Rental:Maint | -$130.00 | -$65.00 | -$65.00 |
| 8/12/11 | Weiskopf Check | 5038 | Verizon{Weiskopf} | Weiskopf Rental:Utilities | -$74.85 | -$37.43 | -$37.43 |
| 8/12/11 | St Michael | | Wire Trans Svc Charge - | Bank Charge | -$20.00 | -$10.00 | -$10.00 |
| 8/12/11 | St Michael | | Wt FED#01794 Pohjola Pankki Oyj | Saint Michael Rental:Incom | -$1,000.00 | -$500.00 | -$500.00 |
| 8/15/11 | Weiskopf Check | 5042 | CVWD | Weiskopf Rental:Utilities | -$68.51 | -$34.26 | -$34.26 |
| 8/15/11 | Weiskopf Check | 5039 | Gas Company{80580} | Weiskopf Rental:Utilities | -$45.45 | -$22.73 | -$22.73 |
| 8/15/11 | St Michael | | Wf Mortgage | Saint Michael Rental:Mortg | -$3,130.93 | -$1,565.47 | -$1,565.47 |
| 8/16/11 | Clift PMA | | Cvs 09246 09246 | Medical | -$37.99 | | -$37.99 |
| 8/16/11 | Clift PMA | | Marc Dyer Md | Medical | -$77.56 | | -$77.56 |
| 8/17/11 | Weiskopf Check | 5043 | Juanita Velasquez | Weiskopf Rental:Cleaning | -$180.00 | -$90.00 | -$90.00 |
| 8/17/11 | Clift PMA | 5018 | Prostate Oncology Specialists | Medical | -$301.52 | | -$301.52 |
| 8/18/11 | Clift PMA | | APL*APPLE Itunes Store | Entertainment | -$2.58 | | -$2.58 |
| 8/18/11 | Clift PMA | 5016 | Gas Company{CL} | Utilities:Gas & Electric | -$15.43 | | -$15.43 |
| 8/18/11 | Clift PMA | 5017 | SC Edison{CL} | Utilities | -$60.46 | | -$60.46 |
| 8/19/11 | Clift PMA | | Amazon.com | Household | -$13.01 | | -$13.01 |
| 8/19/11 | Clift PMA | | Cvs 08872 08872 | Household | -$2.68 | | -$2.68 |

| Date | Account | Num | Payee | Category | Amount | | |
|---|---|---|---|---|---|---|---|
| 8/19/11 | St Michael | 5043 | Spotless R Us | Saint Michael Rental:Maint | -$100.00 | -$50.00 | -$50.00 |
| 8/21/11 | Clift PMA | | Costco | Saint Michael Rental:Suppl | -$107.54 | | -$107.54 |
| 8/21/11 | St Michael | | Quest Diagnostics | Medical | -$25.00 | -$12.50 | -$12.50 |
| 8/21/11 | Clift PMA | | Roberd Moore MD | Medical | -$40.00 | | -$40.00 |
| 8/22/11 | Clift PMA | | Amazon.com | Household | -$8.17 | | -$8.17 |
| 8/22/11 | Clift PMA | | Amazon.com | Household | -$15.81 | | -$15.81 |
| 8/22/11 | Clift PMA | | Amazon.com | Household | -$25.97 | | -$25.97 |
| 8/22/11 | Clift PMA | | Amazon.com | Household | -$31.85 | | -$31.85 |
| 8/22/11 | Clift PMA | | Cvs 08872 08872 | Household | -$13.78 | | -$13.78 |
| 8/22/11 | Clift PMA | | GRE*GMCR/KEURIG | Groceries | -$29.68 | | -$29.68 |
| 8/22/11 | Clift PMA | | Netflix | Entertainment | -$19.13 | | -$19.13 |
| 8/22/11 | Clift PMA | | QDI*QUEST Diagnostics | Medical | -$25.00 | | -$25.00 |
| 8/22/11 | Weiskopf Checking | | Santiago | Weiskopf Rental:Misc | -$4.95 | -$2.48 | -$2.48 |
| 8/22/11 | Clift PMA | | Trader Joealiso Viejo  Ca 9770 0 | Groceries | -$84.97 | | -$84.97 |
| 8/23/11 | Clift PMA | 5019 | Cox Communications{CL} | Utilities | -$49.99 | | -$49.99 |
| 8/23/11 | St Michael | 5045 | Dish Network | Saint Michael Rental:Utilitie | -$152.01 | -$76.01 | -$76.01 |
| 8/23/11 | Clift PMA | | Prostate Onc Spec Inc | Medical | -$60.00 | | -$60.00 |
| 8/23/11 | St Michael | 5044 | South Coast Water{#5} | Saint Michael Rental:Utilitie | -$64.00 | -$32.00 | -$32.00 |
| 8/24/11 | Clift PMA | 5020 | ISTA{CL} | Utilities | -$35.04 | | -$35.04 |
| 8/24/11 | Clift PMA | | Ooma Inc | Utilities | -$3.47 | | -$3.47 |
| 8/24/11 | CV Checking | | Sq *JOSHUA Andrews | Chula Vista Rental:Mainten | -$378.00 | -$189.00 | -$189.00 |
| 8/25/11 | Clift PMA | | Cvs 08872 08872 | Medical | -$60.00 | | -$60.00 |
| 8/25/11 | Clift PMA | | Douglas L Zabriskie Ma | Medical | -$225.00 | | -$225.00 |
| 8/26/11 | Clift PMA | | Allstate Ins Co | Insurance | -$103.00 | | -$103.00 |
| 8/26/11 | Clift PMA | | Quicken Bill Pay | Bank Charge | -$9.95 | | -$9.95 |
| 8/29/11 | Clift PMA | 118 | City Lights | Rent | -$1,367.00 | | -$1,367.00 |
| 8/29/11 | Clift PMA | | Costco | Groceries | -$136.76 | | -$136.76 |
| 8/29/11 | Clift PMA | | Personal Healthcare | Medical | -$40.00 | | -$40.00 |
| 8/29/11 | Clift PMA | 5021 | UCSF Medical Center | Medical | -$81.53 | | -$81.53 |
| 8/29/11 | Clift PMA | | Wal-Mart | Groceries | -$18.67 | | -$18.67 |
| 8/30/11 | Weiskopf Checking | | Costco | Weiskopf Rental:Misc | -$147.17 | -$73.59 | -$73.59 |
| 8/30/11 | Clift PMA | | George O. Detarnowsky | Medical | -$60.00 | | -$60.00 |
| 8/30/11 | Weiskopf Checking | | Home Depot | Weiskopf Rental:Maintenar | -$38.60 | -$19.30 | -$19.30 |
| 8/31/11 | Weiskopf Checking | | Costco | Weiskopf Rental:Supplies | -$58.54 | -$29.27 | -$29.27 |
| 8/31/11 | Clift PMA | | Medco | Medical | -$50.00 | | -$50.00 |

8/1/2011 - 8/31/2011

| | | | Totals | | -$12,766.92 | -$4,174.11 | -$8,592.82 |
|---|---|---|---|---|---|---|---|

9766083662
## WALTER CLIFT DIP ACCOUNT WELLS FARGO BANK
## BANK RECONCILIATION

Bank statement Date: _____8/31/2011_ Balance on Statement: _____$1,996.50_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

[                                                              ]

ADJUSTED BANK BALANCE:                          | $1,996.50 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

9766083696
## WALTER CLIFT / JORGE KLAPPENBACH DIP ACCOUNT WELLS FARGO BANK
## BANK RECONCILIATION
## SAINT MICHAEL PROPERTY

Bank statement Date: _____8/31/2011_____   Balance on Statement: _____$1,374.54_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT   | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:   | 0.00 |

Bank statement Adjustments:   _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:   | $1,374.54 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

9766083662
WALTER CLIFT / JORGE KLAPPENBACH DIP ACCOUNT WELLS FARGO BANK
BANK RECONCILIATION
CHULA VISTA PROPERTY

| ank statement Date: | 8/31/2011 | Balance on Statement: | $8,436.11 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |

| TOTAL DEPOSITS IN TRANSIT | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |

| TOTAL OUTSTANDING CHECKS: | | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $8,436.11 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

9766083662
## JORGE KLAPPENBACH / WALTER CLIFT DIP ACCOUNT WELLS FARGO BANK
## BANK RECONCILIATION
### Weiskopf Property

| k statement Date: | 8/31/2011 | Balance on Statement: | $292.65 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
| --- | --- |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |
| ———— | ———— |

TOTAL DEPOSITS IN TRANSIT                                             | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
| --- | --- | --- |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                                          | ———— |
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                | $292.65 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | 0.00 |
| Wells Fargo 1st | Monthly | 3905 | 4 | 15,620.00 |
| Wells Fargo 2nd | Monthly | 1650 | 10 | 16,500.00 |
| Wells Fargo 3rd | Monthly | 724 | 10 | 7,240.00 |
| Chase 1st | Monthly | 5976 | 10 | 59,760.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | TOTAL DUE: | 99,120.00 |

| | | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|---|
| | | | | | |
| Rental | | Farmers | 450000.00 | 5/12/2010 | 5/12/2012 |
| | | Tower Select | 650000.00 | 12/1/2011 | 12/1/2011 |
| Vehicle | | Allstate | 1000000.00 | 2/11/2012 | 2/11/2012 |
| Others: | | | | | |
| | | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| 31-Oct-2010 | 5,198.22 | 325.00 | 3-Nov-2010 | 325.00 | 0.00 |
| 31-Dec-2010 | 12,092.54 | 325.00 | 29-Jan-2011 | 325.00 | 0.00 |
| 31-Mar-2011 | 31,944.00 | 650.00 | 30-Apr-2011 | 650.00 | 0.00 |
| 30-Jun-2011 | 36,332.00 | 650.00 | 15-Jul-2011 | 650.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 1,950.00 | | 1,950.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

GENERAL QUESTIONNAIRE

|     |                                                                                                                                                                                                     | No  | Yes |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 1.  | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:                                            | X   |     |

|     |                                                                                                                                                                                                                                            | No  | Yes |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 2.  | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:                      | X   |     |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|     |                                                                                                                                                                    | No  | Yes |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 6.  | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X   |     |

I,   WALTER CLIFT
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


___9/10/2011___

Date

Principal for debtor-in-possession



# PMA® Wells Fargo® PMA Package

Questions?  Please contact us:

**Wells Fargo Premier Banking Team** ℠
Available 24 hours a day, 7 days a week
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland,  OR 97228-6995

WALTER CLIFT
DEBTOR IN PSS CASE 10-23402
26895 ALISO CREEK RD # B-292
ALISO VIEJO CA 92656-5301

## August 31, 2011

| | |
|---|---:|
| **Total assets:** | **$12,349.96** |
| Last month: | $13,185.16 |
| Change in $: | $(835.20) |
| Change in %: | (6.33)% |
| **Total liabilities:** | **$0.00** |
| Last month: | $0.00 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| Qualifying  Balance : | **$12,349.96** |

| Contents | *Page* |
|---|---:|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Other Checking (3) | 7 |
| Savings | 10 |



# Overview  of your  PMA  account

## Assets

| Account    (Account Number) | Percent of total | Balance last month  ($) | Balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account  ▉3662) | 16% | 2,283.52 | 1,996.50 | (287.02) | (12.57)% |
| Complete  Advantage ® Checking  ▉3670) | 2% | 636.45 | 292.65 | (343.80) | (54.02)% |
| Complete  Advantage ® Checking  ▉3688) | 68% | 6,503.74 | 8,436.11 | 1,932.37 | 29.71% |
| Complete  Advantage ® Checking  ▉3696) | 11% | 3,511.32 | 1,374.54 | (2,136.78) | (60.85)% |
| Wells Fargo® High Yield Savings  ▉6344) | 2% | 250.13 | 250.16 | 0.03 | 0.01% |
| **Total assets** | | **$13,185.16** | **$12,349.96** | **($835.20)** | **(6.33)%** |

**Total asset allocation (by account type)**



Savings: 2%

Checking: 98%

## Interest, dividends and other income

The information    below should  not be used for tax planning   purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account  ▉83662) | 0.05 | 0.52 |
| Complete  Advantage ® Checking  ▉3670) | 0.02 | 0.36 |
| Complete  Advantage ® Checking  ▉3688) | 0.37 | 0.89 |
| Complete  Advantage ® Checking  ▉3696) | 0.15 | 0.57 |
| Wells Fargo® High Yield Savings  ▉6344) | 0.03 | 0.13 |
| **Total interest, dividends and other income** | **$0.62** | **$2.47** |

Effective  October   3, 2011, the Overdraft  Protection  Transfer/Advance   fee from  a linked  Line of Credit will be $12.50
per advance  per day. If your eligible  Line of Credit is providing   Overdraft  Protection  to any of the following   PMA
checking  accounts,  the advance  fee will continue  to be waived: PMA Prime Checking,  PMA Premier Checking, PMA
Money  Market  Checking,  or a PMA Checking.

Please  refer to your Consumer   Account  Fee and Information   Schedule  for additional   information   regarding   the
accounts   that are eligible  to provide  Overdraft  Protection   for your checking   account.



 **OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

The "Overview  of your  PMA Account"  section  of your  statement  is provided  for informational  and convenience
purposes.  The Overview  shows  activity  and information  from (1) deposit,  credit  and trust  accounts  with Wells Fargo
Bank, N.A., and (2) brokerage  accounts  with Wells Fargo Advisors,  LLC, HD Vest Investment  Services  or Wells Fargo
Advisors  Financial  Network,  LLC (members  SIPC); brokerage  accounts  are carried  and cleared  through  First Clearing,
LLC; (3) Wells Fargo Funds Management,  LLC provides  investment  advisory  and administrative  services  for Wells
Fargo Advantage  Funds; other affiliates  provide  subadvisory  and other  services  for the Funds; and (4) insurance
products  offered  through  non-bank  insurance  agency  affiliates  of Wells Fargo & Company  and underwritten  by
unaffiliated  insurance  companies.

**When  Change  Comes**

Wells Fargo Online can help you keep up with  your everyday  financial  needs. Easily move  money  between  your Wells
Fargo accounts,  or to and from your  accounts  at other banks.  Monitor  your Wells Fargo accounts  with text and email
account  alerts. Manage budgeting,  spending,  and saving  with user-friendly  online  tools. Go to wellsfargo.com
(consumer  accounts)  or wellsfargo.com/biz  (business  accounts)  to sign up or sign on today.



PMA account ▇▇▇3662   ■ August 1, 2011 - August 31, 2011   ■ Page 4 of 12

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---:|
| Balance on 8/1 | 2,283.52 |
| Deposits/Additions | 4,156.69 |
| Withdrawals/Subtractions | - 4,443.71 |
| **Balance on 8/31** | **$1,996.50** |

Account number: ▇▇▇3662

**WALTERCLIFT
DEBTOR IN PSSCASE10-23402**

Wells Fargo Bank, N.A., California   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

■ Savings - ▇▇▇6344

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.05 |
| Average collected balance this month | $1,191.47 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.52 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 8/1** | | | | **2,283.52** |
| 8/1 | POSPurchase - 07/30 Mach ID 000000 Costco Whse #06 Laguna Nigue CA 0221 0046121171837659 ?McC=5300 | | | 60.31 | |
| 8/1 | Check | 117 | | 1,392.00 | 831.21 |
| 8/2 | Check Crd Purchase 08/01 Medco Health Columbus 800-282-2883 OH 434256Xxxxxx0221 214140013555357 ?McC=5912 01 | | | 159.88 | 671.33 |
| 8/4 | Online Transfer Ref #Ibeqmfvy5D From Complete Advantage(Rm) Xxxxxx3688 On 08/04/11 | | 500.00 | | |
| 8/4 | POSPurchase - 08/03 Mach ID 000000 Costco Whse #06 Laguna Nigue CA 0221 0046121610602447 9 ?McC=5300 | | | 54.92 | 1,116.41 |
| 8/5 | Check Crd Purchase 08/03 Atlantis Events, Inc 310-8598800 CA 434256Xxxxxx0221 217140007844376 ?McC=4722 01 | | | 800.00 | |
| 8/5 | POSPurchase - 08/04 Mach ID 000000 Trader Joe's #1 Aliso Viejo CA 0221 0058121700088394 9 ?McC=5411 | | | 14.10 | |
| 8/5 | ATM Withdrawal - 08/05 Mach ID 0640C 24251 Rockfield Blvd El Toro CA 0221 0001598 | | | 100.00 | 202.31 |
| 8/8 | POSPurchase - 08/06 Mach ID 000000 Ralphs 26901 AL D Aliso Viejca 0221 0046121874120615 6 ?McC=5411 | | | 9.30 | |
| 8/8 | POSPurchase - 08/08 Mach ID 000000 Cvs 08872 08872 Aliso Viejo CA 0221 0058122061566331 1 ?McC=5912 | | | 6.66 | 186.35 |
| 8/15 | Payroll Pay Aug 15 4732463 Clift, Charles | | 2,328.75 | | |
| 8/15 | Bank By Mail Deposit | | 130.35 | | 2,645.45 |
| 8/16 | POSPurchase - 08/16 Mach ID 000000 Cvs 09246 09246 Laguna Hills CA 0221 0058122882547358 4 ?McC=5912 | | | 37.99 | 2,607.46 |
| 8/17 | Check Crd Purchase 08/16 Marc Dyer MD Laguna Niguel CA 434256Xxxxxx0221 229140014153895 ?McC=8011 90 | | | 77.56 | |
| 8/17 | Prostate Oncolog Online Pmt 110817 Ckf974828263POS Clift, Walter | | | 301.52 | 2,228.38 |
| 8/18 | Check Crd Purchase 08/17 Apl*Apple Itunes Store 866-712-7753 CA 434256Xxxxxx0221 230140006422155 ?McC=5735 01 | | | 2.58 | |
| 8/18 | Check Crd Purchase 08/17 Robert A. Moore, MD, I Newport Beach CA 434256Xxxxxx0221 230140008644852 ?McC=8011 90 | | | 40.00 | |
| 8/18 | SCA Edison Online Pmt 110818 Ckf974828263POS Clift, Walter | | | 60.46 | |

1252001



**WELLS FARGO**

## PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 8/18 | Southern Cal Gas Online Pmt 110818 Ckf974828263POS Clift, Walter | | | 15.43 | 2,109.91 |
| 8/19 | Check Crd Purchase 08/18 Amazon.Com Amzn.Com/Bill WA 434256Xxxxxx0221 231140004672739 ?McC=5942 01 | | | 13.01 | |
| 8/19 | POSPurchase - 08/19 Mach ID 000000 Cvs 08872 08872 Aliso Viejo CA 0221 00581231829112231 ?McC=5912 | | | 2.68 | 2,094.22 |
| 8/22 | Online Transfer Ref #Ibe859Qpxz From Complete Advantage(Rm) Reimbursement | | 107.54 | | |
| 8/22 | Check Crd Purchase 08/19 Amazon Mktplace Pmts Amzn.Com/Bill WA 434256Xxxxxx0221 233140023452083 ?McC=5942 01 | | | 8.17 | |
| 8/22 | Check Crd Purchase 08/19 Amazon Mktplace Pmts Amzn.Com/Bill WA 434256Xxxxxx0221 233140019587933 ?McC=5942 01 | | | 25.97 | |
| 8/22 | Check Crd Purchase 08/19 Amazon.Com Amzn.Com/Bill WA 434256Xxxxxx0221 233140023681979 ?McC=5942 01 | | | 31.85 | |
| 8/22 | POSPurchase - 08/20 Mach ID 000000 Cvs 08872 08872 Aliso Viejo CA 0221 00301232679595033 ?McC=5912 | | | 13.78 | |
| 8/22 | POSPurchase - 08/20 Mach ID 000000 Trader Joe's#1 Aliso Viejo CA 0221 00381232693548686 ?McC=5411 | | | 84.97 | |
| 8/22 | POSPurchase - 08/20 Mach ID 000000 Costco Whse #06 Laguna Nigue CA 0221 00381232713427108 ?McC=5300 | | | 107.54 | |
| 8/22 | Recur Debit Crd Pmt08/20 Nfi*WWW.Netflix.Com/CC Netflix.Com CA 434256Xxxxxx0221 233140008779722 ?McC=5968 01 | | | 19.13 | |
| 8/22 | Check Crd Purchase 08/20 Gre*Gmcr/Keurig 800-717-1951 VT 434256Xxxxxx0221 233140027506459 ?McC=5999 01 | | | 29.68 | |
| 8/22 | Check Crd Purchase 08/21 Amazon.Com Amzn.Com/Bill WA 434256Xxxxxx0221 234140011539921 ?McC=5942 01 | | | 15.81 | |
| 8/22 | Check Crd Purchase 08/21 Qdi*Quest Diagnostics 800-758-6047 CA 434256Xxxxxx0221 234140013380825 ?McC=8071 01 | | | 25.00 | 1,839.86 |
| 8/23 | Check Crd Purchase 08/22 Prostate Onc Spec Inc 3109277707 CA 434256Xxxxxx0221 235140014449227 ?McC=8011 90 | | | 60.00 | |
| 8/23 | Cox Cable Online Pmt 110823 Ckf974828263POS Clift, Walter | | | 49.99 | 1,729.87 |
| 8/24 | Check Crd Purchase 08/23 Ooma Inc 888-7116662 CA 434256Xxxxxx0221 236140014680803 ?McC=7399 01 | | | 3.47 | |
| 8/24 | Ista, North Amer Online Pmt 110824 Ckf974828263POS Clift, Walter | | | 35.04 | 1,691.36 |
| 8/25 | Check Crd Purchase 08/23 Douglas L Zabriskie MA San Diego CA 434256Xxxxxx0221 237140006988166 ?McC=8099 90 | | | 225.00 | |
| 8/25 | POSPurchase - 08/25 Mach ID 000000 Cvs 08872 08872 Aliso Viejo CA 0221 00381237619338122 ?McC=5912 | | | 60.00 | 1,406.36 |
| 8/26 | Bank By Mail Deposit | | 90.00 | | |
| 8/26 | Consumer Quicken Banking and BILLPAY | | | 9.95 | |
| 8/26 | Allstate Ins CO Ins Pymt 000000927765533 Walter Clift | | | 103.00 | 1,383.41 |
| 8/29 | ATM Check Deposit - 08/29 Mach ID 0963M 24301 Paseo Valencia Laguna Hills CA 0221 0008751 | | 1,000.00 | | |
| 8/29 | Check Crd Purchase 08/27 Personal Healthcare Laguna Beach CA 434256Xxxxxx0221 241140005691407 ?McC=8099 90 | | | 40.00 | |
| 8/29 | POSPurchase - 08/28 Mach ID 000000 Costco Whse #06 Laguna Nigue CA 0221 00461240723264556 ?McC=5300 | | | 136.76 | |
| 8/29 | POSPurchase - 08/28 Mach ID 000000 Wal-Mart #2206 Laguna Nigue CA 0221 00301240741189711 ?McC=5310 | | | 18.67 | 2,187.98 |
| 8/30 | Check Crd Purchase 08/29 George O. Detarnowsky 949-574-5026 CA 434256Xxxxxx0221 242140007548109 ?McC=8011 01 | | | 60.00 | 2,127.98 |
| 8/31 | Check Crd Purchase 08/30 Medco Health Fairfield 800-282-2881 OH 434256Xxxxxx0221 243140012820584 ?McC=5912 01 | | | 50.00 | |
| 8/31 | Check | 5021 | | 81.53 | |
| 8/31 | Interest Payment | | 0.05 | | 1,996.50 |
| | **Ending balance on 8/31** | | | | 1,996.50 |
| **Totals** | | | **$4,156.69** | **$4,443.71** | |



 PMA ® PRIME CHECKING ACCOUNT (CONTINUED)

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|
| 117 | 8/1 | 1,392.00 | 5021 * | 8/31 | 81.53 |

*\* Gap in check sequence.*


WELLS
FARGO

# Complete  Advantage ® Checking

## Activity    summary

| | |
|---|---|
| Balance on 8/1 | 636.45 |
| Deposits/Additions | 1,923.02 |
| Withdrawals/Subtractions | - 2,266.82 |
| **Balance on 8/31** | **$292.65** |

Account number:    ███3670

**WALTERCLIFT
JORGEKLAPPENBACH
DEBTOR IN POSS CS 10-23402
& 10-2340**

Wells Fargo Bank, N.A., California   (Member  FDIC)

Questions about your account:  **1-800-742-4932**

Worksheet  to balance your account  and General
Statement  Policies  can be found  towards  the
end of this statement.

## Interest    you've   earned

| | |
|---|---|
| Interest earned this month | $0.02 |
| Average collected  balance this month | $597.85 |
| Annual percentage  yield earned | 0.04% |
| Interest paid this year | $0.36 |

## Transaction    history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 8/1** | | | | **636.45** |
| 8/8 | Deposit | | 1,000.00 | | |
| 8/8 | Imperial  Irrigat Online  Pmt 110808 Ckf974828263POS Clift,Walter | | | 740.38 | |
| 8/8 | Check | 5037 | | 120.00 | 776.07 |
| 8/9 | Pga West Fairway Online  Pmt 110809 Ckf974828263POS Clift,Walter | | | 398.00 | |
| 8/9 | Check | 5030 | | 125.00 | 253.07 |
| 8/11 | Online  Transfer  Ref #Ibe58675Zb  From Checking  Xxxxxx6623 On 08/11/11 | | 923.00 | | 1,176.07 |
| 8/12 | Verizon Online  Pmt 110812 Ckf974828263POS Clift,Walter | | | 74.85 | 1,101.22 |
| 8/15 | Check Crd Purchase 08/12 Santiago Resort Palm Springs CA 434256Xxxxxx9057  226140027403493  ?McC=3501 90 | | | 265.37 | |
| 8/15 | Coachella Valley Online  Pmt 110815 Ckf974828263POS Clift,Walter | | | 68.51 | |
| 8/15 | Southern  Cal Gas Online  Pmt 110815 Ckf974828263POS Clift,Walter | | | 45.45 | 721.89 |
| 8/17 | Juanita  Velasque Online  Pmt 110817 Ckf974828263POS Clift,Walter | | | 180.00 | 541.89 |
| 8/22 | Check Crd Purchase 08/19 Santiago Resort Palm Springs CA 434256Xxxxxx9057  233140026921647  ?McC=3501 01 | | | 4.95 | 536.94 |
| 8/30 | POSPurchase - 08/30 Mach ID 000000 The Home Depot  LA Quinta  CA 9669 00461242824529548  ?McC=5200 | | | 38.60 | |
| 8/30 | POSPurchase - 08/30 Mach ID 000000 Costco Whse #06 LA Quinta  CA 9669 00581242837047476  ?McC=5300 | | | 147.17 | 351.17 |
| 8/31 | POSPurchase - 08/31 Mach ID 000000 Costco Whse #06 LA Quinta  CA 9669 00381243858803001  ?McC=5300 | | | 58.54 | |
| 8/31 | Interest  Payment | | 0.02 | | 292.65 |
| | **Ending balance on 8/31** | | | | **292.65** |
| | **Totals** | | **$1,923.02** | **$2,266.82** | |

## Summary of checks written *(checks listed  are also displayed  in the preceding  Transaction  history  section)*

| Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|
| 5030 | 8/9 | 125.00 | 5037 * | 8/8 | 120.00 |

*\* Gap in check sequence.*

1252004



PMA account ████3662 ■ August 1, 2011 - August 31, 2011 ■ Page 8 of 12

# Complete   Advantage   ®  Checking

## Activity    summary

| | |
|---|---|
| Balance on 8/1 | 6,503.74 |
| Deposits/Additions | 3,200.37 |
| Withdrawals/Subtractions | - 1,268.00 |
| **Balance on 8/31** | **$8,436.11** |

Account number: ████3688

**WALTERCLIFT
JORGEKLAPPENBACH
DEBTOR IN POSSCS 10-23402
& 10-2340**

Wells Fargo Bank, N.A., California   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement  Policies can be found  towards the
end of this statement.

## Interest    you've   earned

| | |
|---|---|
| Interest earned this month | $0.37 |
| Average collected  balance this month | $8,802.32 |
| Annual percentage  yield earned | 0.05% |
| Interest  paid this year | $0.89 |

## Transaction    history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 8/1** | | | | **6,503.74** |
| 8/1 | Deposit | | 3,200.00 | | 9,703.74 |
| 8/4 | Online Transfer Ref #Ibeqmfvy5D  to Checking Xxxxxx3662 On 08/04/11 | | | 500.00 | |
| 8/4 | Monarch  Del Mar Online Pmt 110804 Ckf974828263POS Clift,Walter | | | 390.00 | 8,813.74 |
| 8/24 | Check Crd Purchase 08/23 Sq*Joshua Andrews Oceanside CA 434256Xxxxxx8818 236140010690772 ?McC=1520 01 | | | 378.00 | 8,435.74 |
| 8/31 | Interest Payment | | 0.37 | | 8,436.11 |
| | **Ending balance on 8/31** | | | | **8,436.11** |
| | **Totals** | | **$3,200.37** | **$1,268.00** | |

1252005



PMA account ▮▮▮▮3662  ■ August 1, 2011 - August 31, 2011  ■ Page 9 of 12

# Complete  Advantage ® Checking

## Activity    summary

| | |
|---|---|
| Balance on 8/1 | 3,511.32 |
| Deposits/Additions | 4,150.15 |
| Withdrawals/Subtractions | - 6,286.93 |
| **Balance on 8/31** | **$1,374.54** |

Account number: ▮▮▮▮3696

**WALTER CLIFT
JORGE KLAPPENBACH
DEBTOR IN POSS CS 10-2342
& 10-2340**

Wells Fargo Bank, N.A., California   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest    you've    earned

| | |
|---|---|
| Interest earned this month | $0.15 |
| Average collected  balance this month | $3,478.03 |
| Annual percentage  yield earned | 0.05% |
| Interest paid this year | $0.57 |

## Transaction    history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending  Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 8/1** | | | | **3,511.32** |
| 8/1 | Cox Cable Online Pmt 110801 Ckf974828263POS Clift,Walter | | | 156.32 | 3,355.00 |
| 8/3 | Transfer Ref #Opetjh3P2Q  From Checking Xxxxxx6623 | | 4,150.00 | | 7,505.00 |
| 8/5 | Check | 5035 | | 1,000.00 | 6,505.00 |
| 8/10 | Check | 5032 | | 125.00 | |
| 8/10 | Check | 5031 | | 109.00 | 6,271.00 |
| 8/12 | Wire Trans Svc Charge - Sequence: 110812048086 Srf# 0000640224186071  Trn#110812048086 Rfb# | | | 20.00 | |
| 8/12 | WT Fed#01794 Pohjola Pankki Oyj /Ftr/Bnf=Juha  Kangasniemi Srf# 0000640224186071  Trn#110812048086  Rfb# | | | 1,000.00 | |
| 8/12 | SD Gas Elec Paid Sdge 110811 6082707011  1313087571976 | | | 192.13 | |
| 8/12 | Check | 5042 | | 130.00 | 4,928.87 |
| 8/15 | Bill Pay WF Mortgage  On-Line 0046670Xxx On 08-15 | | | 3,130.93 | 1,797.94 |
| 8/19 | Check | 5043 | | 100.00 | 1,697.94 |
| 8/22 | Online Transfer Ref #Ibe859Qpxz to Checking Reimbursement | | | 107.54 | 1,590.40 |
| 8/23 | Dish Network  Online  Pmt 110823 Ckf974828263POS Clift,Walter | | | 152.01 | |
| 8/23 | South Coast Wate Online  Pmt 110823 Ckf974828263POS Clift,Walter | | | 64.00 | 1,374.39 |
| 8/31 | Interest Payment | | 0.15 | | 1,374.54 |
| | **Ending balance on 8/31** | | | | **1,374.54** |
| | **Totals** | | **$4,150.15** | **$6,286.93** | |

### Summary of checks written (checks listed are also displayed  in the preceding  Transaction  history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 5031 | 8/10 | 109.00 | 5035 * | 8/5 | 1,000.00 | 5043 | 8/19 | 100.00 |
| 5032 | 8/10 | 125.00 | 5042 * | 8/12 | 130.00 | | | |

* Gap in check sequence.



# Wells Fargo ® High Yield Savings

## Activity    summary

| | |
|---|---|
| Balance on 8/1 | 250.13 |
| Deposits/Additions | 0.03 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 8/31** | **$250.16** |

Account number: ▇6344

**WALTERCLIFT**
**DEBTOR IN PSSCASE10-23402**

Wells Fargo Bank, N.A., California  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest    you've    earned

| | |
|---|---|
| Interest earned this month | $0.03 |
| Average collected balance this month | $250.13 |
| Annual percentage yield earned | 0.14% |
| Interest paid this year | $0.13 |

## Transaction    history

| Date | Description | Deposits/<br>Additions | Withdrawals/<br>Subtractions | Ending Daily<br>Balance |
|---|---|---|---|---|
| **Beginning balance on 8/1** | | | | **250.13** |
| 8/31 | Interest Payment | 0.03 | | 250.16 |
| **Ending balance on 8/31** | | | | **250.16** |
| **Totals** | | **$0.03** | **$0.00** | |

1252007